# Court of Appeals
# of the State of Georgia

ATLANTA,  August 23, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1945.  KALLI BRAUNSTEIN v. ANDREW BLAIR.**

Kalli Braunstein filed a petition for paternity and child support.  The trial court dismissed the petition, concluding that, pursuant to the Uniform Child Custody Jurisdiction and Enforcement Act, California is a more convenient forum.  Braunstein then filed this direct appeal.  The trial court's order, however, is not subject to direct appeal.

Paternity petitions are domestic relations cases within the meaning of OCGA § 5-6-35 (a) (2).  See *Brown v. Dep't of Human Res.*, 204 Ga. App. 27, 27 (418 SE2d 404) (1992).  Accordingly, Braunstein was required to file an application for discretionary appeal to obtain appellate review of the trial court's order dismissing her petition. Her failure to do so deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/23/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*